and twenty pounds money and costs of Court: The partys both appearing in Court declared they were agreed upon Seventy three pounds money to bee paid in full chancery of this bond without any costs.

Execution issued 10th nov^r 1679.

[ A copy of the execution against Baker, 10 November, 1679, is in S. F. 1812.1, with the following return:

J Extended this Execution on part of a dwelling house Barn Orchard with Meadow Ground lying in Redding which was shown to me by Thom Baker Jun^r to be part of the estate of Jn° Smith late of Boston deced as also an Jndian Girle One feather bed one bolster. Two Pillows Two Blanketts, Serge Curtains Vallents & bedsteed fiue Silver Spoons One Small Beaker fiue p^r of Cotton & Linen sheets Two pr Course holland sheets Seven pewter dishes Twenty pound old Pewter one Bell Mettle Pot, one Jron Pott Two p^r of Andirons fire shovell & Tongs with Brasses Appraized by M^r Theophilus Frary & Mr Jn° Wing & since delivered all to m^r Edw^d Willys with fees. to the value of seventy four pounds Twelve shillings Nine pence.

Return Waite Marshall

. . . true Copy . . . Js^a Addington Cler ]

## MAN cont^a HEWS

Iohn Man plaint. cont^a James Hews Defend^t in an action of Reveiw of a case tried at the County Court in Boston. 29° July. 1679. wherein s^d Iohn Man was plaint. ag^t s^d Hews Defend^t for the Summe of nine pounds eleven Shillings in money &c^a. . . . The Jury . . . found for the plaint. nine pounds Eleven Shillings money and costs of Court allow^d twenty three Shillings ten pence.

Execution issued 6° nov^r 1679.

[ Review of a case of the previous session. See above, p. 1058.]

## THAYER cont^a STODDARD

Nathan^ll Thayer Factor of Major Ric^d Williams of Barbados plaint. cont^a Simeon Stoddard Defend^t Thee plaint. withdrew his Action.

## ELYOTT cont^a KENT

Henry Elyot plaint. cont^a William Kent Defend^t The plaint. withdrew his Action. [ 610 ]